AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

JUAN MENDOZA-JUSTO,

            Defendant.

**APPEARANCE**

Case Number:  08MJ0063

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

     JUAN MENDOZA-JUSTO

    I certify that I am admitted to practice in this court.

/s/ SHAFFY MOEEL

_____          _____
        1/10/2008                                    Signature
Date

     Shaffy Moeel / Federal Defenders of SD          238732
     Print Name                                   Bar Number

     225 Broadway, Suite 900
     Address

     San Diego, CA  92101
     City                    State              Zip Code

     (619) 234-8467                 (619) 687-2666
     Phone Number                             Fax Number

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 10, 2008                                        ____/s/  Shaffy Moeel_____
                                                               SHAFFY MOEEL
                                                               Federal Defenders of San Diego, Inc.
                                                               225 Broadway, Suite 900
                                                               San Diego, CA 92101-5030
                                                               (619) 234-8467  (tel)
                                                               (619) 687-2666  (fax)
                                                               e-mail: Shaffy_Moeel@fd.org